# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134772 & (26)(27)(28)(29)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALFONSO FRANCISCO MARTINEZ,
      Defendant-Appellant.

SC:  134772
COA:  276608
Saginaw CC:  01-020907-FC

_____/

     On order of the Court, the application for leave to appeal the July 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motions for miscellaneous relief are DENIED.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

     Clerk

s1119